**MARK S. COON, City Attorney**
California Bar No. 128122
**JOSHUA K. CLENDENIN, Assistant City Attorney**
California Bar No. 245564
1950 Parkside Drive, MS/08
Concord, CA  94519
(925) 671-3160
(925) 671-3469 (fax)

Attorneys for Defendants
CITY OF CONCORD and CITY OF CONCORD
POLICE CHIEF GUY SWANGER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHADRICK ROY,<br><br>                    Plaintiff,<br><br>     vs.<br><br>COUNTY OF CONTRA COSTA; DAVID O. LIVINGSTON, SHERIFF; CONTRA COSTA COUNTY SHERIFF'S OFFICE; CITY OF CONCORD; CITY OF CONCORD POLICE CHIEF GUY SWANGER, et al.<br><br>                    Defendants. | Case No. 3:15-cv-02672-TEH<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR EXCHANGE OF INITIAL DISCLOSURES, FILING OF RULE 26(f) REPORT, AND CASE MANAGEMENT CONFERENCE STATEMENT AND TO CONTINUE CASE MANAGEMENT CONFERENCE** |

WHEREAS Plaintiff CHADRICK ROY and Defendants COUNTY OF CONTRA COSTA; DAVID O. LIVINGSTON, SHERIFF; CITY OF CONCORD; and CITY OF CONCORD POLICE CHIEF GUY SWANGER ("Defendants") (collectively the "Parties"), by their undersigned counsel, completed their early planning meeting pursuant to Federal Rules of Civil Procedure, Rule 26(f), on August 20, 2015;

WHEREAS, this case was originally assigned to Magistrate Judge Laurel Beeler and was reassigned to Senior District Judge Thelton Henderson on July 17, 2015;

//

1  WHEREAS, upon reassignment to Senior District Judge Henderson, the Initial Case
2 Management Conference was rescheduled from September 10, 2015 to October 5, 2015, and the Case
3 Management Statement due date was continued from September 3, 2015 to September 28, 2015;
4  WHEREAS, pursuant to the parties' stipulation and this Court's August 26, 2015 order, the
5 parties exchange of initial disclosures and the parties' deadline to file their Rule 26(f) report was
6 moved to September 28, 2015;
7  WHEREAS, Defendants each filed motions to dismiss Plaintiff's Complaint and the motions
8 were heard in this Court on September 14, 2015;
9  WHEREAS, the Court has not issued its orders on defendants' motions to dismiss and
10 consequently the pleadings are not settled;
11  WHEREAS, counsel for plaintiff is unavailable for a Case Management Conference
12 appearance on October 19, 2015 due to a pre-planned out-of-state trip;
13  WHEREAS, the parties wish to continue the date for initial disclosures, filing the Rule 26(f)
14 report, and filing the Case Management Conference statement to October 19, 2015, and wish to
15 continue the Case Management Conference to October 26, 2015 to allow for more clarity on the
16 pleadings;
17  IT IS HEREBY STIPULATED AS FOLLOWS:
18  1. The deadline to exchange initial disclosures is continued to October 19, 2015;
19  2. The deadline to file the Rule 26(f) report is continued to October 19, 2015;
20  3. The deadline to file the Case Management Conference statement is continued to
21     October 19, 2015; and
22  4. The Case Management Conference is continued to October 26, 2015.

MARK S. COON, City Attorney

Date: September 24, 2015      By:     /S/
                                      Joshua K. Clendenin, Assistant City Attorney,
                                      Attorneys for Defendants CITY OF CONCORD
                                      and CITY OF CONCORD POLICE CHIEF
                                      GUY SWANGER

|   |   |   |
|---|---|---|
|   |   | SHARON L. ANDERSON, County Counsel |
| Date:  September 24, 2015 | By: | /S/ |
|   |   | Dylan Radke, Deputy County Counsel, Attorneys for Defendants COUNTY OF CONTRA COSTA and DAVID O. LIVINGSTON, SHERIFF |
|   |   | VARLACK LEGAL SERVICES |
| Date:  September 24, 2015 | By: | /S/ |
|   |   | Tiega Varlack, Attorney for Plaintiff CHADRICK ROY |

IT IS SO ORDERED THAT the deadlines to exchange initial disclosures, to file the Rule 26(f) report, and to file the Case Management Conference statement are continued to October 19, 2015. The Case Management Conference is continued to October 26, 2015.

Dated:  09/28/2015

_____
HONORABLE THELTON E. HENDERSON
Senior District Court Judge

*[Signature and seal: Judge Thelton E. Henderson, United States District Court, Northern District of California]*