Tiega-Noel Varlack, Esq. (SBN 248203)
VARLACK LEGAL SERVICES
Attorneys and Counselors at Law
225 W. Winton Avenue, Suite 207
Hayward, California 94544
Telephone: 510 397.2008
Facsimile: 510 397. 2997
E-Mail Address:  tiega@varlacklegal.com

Attorney for Plaintiff
CHADRICK ROY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHADRICK ROY, an Individual,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF CONTRA COSTA, et al.,<br>  Defendants. | Case No:  3:15-cv-02672-TEH<br><br>**STIPULATION TO CONTINUE HEARING DATE; [~~PROPOSED~~] ORDER**<br><br>Next Date: December 7, 2015<br>Time: 10:00 a.m.<br>Courtroom 12, 19th Floor<br>Judge: Hon. Thelton E. Henderson |

  Pursuant to Civil L.R. 7-12, the parties to this action, by and through their attorneys of record, Dylan Radke for defendant COUNTY OF CONTRA COSTA, Joshua K. Clendenin for defendant CITY OF CONCORD and Tiega-Noel Varlack for plaintiff CHADRICK ROY, agree and hereby stipulate as follows:

  WHEREAS, the hearing of defendants' respective motions to dismiss pursuant to FRCP 12(b)(6) is currently scheduled for December 7, 2015, at 10:00 a.m.

  WHEREAS plaintiff's counsel has represented to defendants' counsel that she has an unanticipated scheduling conflict and must appear in a criminal proceeding in state court in Los Angeles County on December 7, 2015 at 9:00 a.m., and has requested that the hearing presently set for December 7, 2015 be continued.

**STIPULATION TO CONTINUE HEARING DATE; [PROPOSED] ORDER -** 1

WHEREAS the parties have discussed scheduling and have agreed that all parties are available to continue the hearing until December 21, 2015 at 10:00 a.m.

WHEREAS defendants do not oppose plaintiff's request to continue the hearing to December 21, 2015.

IT IS THEREFORE AGREED AND STIPULATED that the hearing on defendants' 12(b)(6) motions will take place on December 21, 2015 at 10:00 a.m. in Courtroom 2, 17th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco.

Dated:  December 2, 2015

_____/s/ Tiega-Noel Varlack_____
TIEGA-NOEL VARLACK
Attorney at Law

Attorney for Plaintiff,
CHADRICK ROY

Dated:  December 2, 2015

By: _____/s/_____
JOSHUA K. CLENDENIN
Attorney at Law

Attorney for Defendant
CITY OF CONCORD

Dated:  December 2, 2015

By: _____/s/_____
DYLAN RADKE
Attorney at Law

Attorney for Defendant
COUNTY OF CONTRA COSTA

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 12/02/2015

_____
THELTON E. HENDERSON
Senior District Court Judge

**STIPULATION TO CONTINUE HEARING DATE; [PROPOSED] ORDER -** 2