UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHADRICK WILLIE ROY,

              Plaintiff,

    v.

CONTRA COSTA COUNTY, et al.,

              Defendants.

Case No. 15-cv-02672-TEH

**ORDER RE: HEARING ON DEFENDANTS' MOTIONS TO DISMISS**

Counsel for Plaintiff Chadrick Roy shall come prepared to address the following questions at the December 21, 2015 hearing on Defendants' motions to dismiss:

1.    Do you seek any monetary damages in connection with your first and second causes of action under California law?  If so, please specify <u>exactly</u> what kind of monetary damages, other than punitive, you seek in connection with your state law causes of action.

2.    Please respond to the City Defendant's argument that peace officers are immune from liability on the <u>state law</u> causes of action under California Penal Code Section 847(b) and California Civil Code Section 43.55.

3.    Is there a reason you don't advance a 42 U.S.C. § 1983 claim under the Eighth Amendment, claiming that the conditions of Mr. Roy's confinement constituted cruel and unusual punishment?  *See Wilson v. Seiter*, 501 U.S. 294 (1991).

**IT IS SO ORDERED.**

Dated:   12/16/15

THELTON E. HENDERSON
United States District Judge